In re Karl J. URQUHART.

No. 2012–1691.

United States Court of Appeals, Federal Circuit.

April 10, 2013.

Matthew J. Dowd, Wiley Rein LLP, of Washington, DC, argued for appellant. With him on the brief was Allen E. White, Air Liquide USA, LLC, of Houston, Texas.

Benjamin T. Hickman, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

DYK, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**